**Order entered October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00915-CV

### IN THE INTEREST OF A.M., A MINOR

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF12-11107-U

# ORDER

Appellee's motion for extension of time to file appellee's brief is **GRANTED**, and the

time for appellee to file her brief is extended to October 14, 2014.

/s/     LANA MYERS
JUSTICE